**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leo McTEAR, Jr., Defendant–**
**Appellant.**

**No. 14–13192**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 3, 2015.

Lindsay Feinberg, Michelle Lee Schieber, Julia C. Bowen, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Leo McTear, Jr., Jesup, GA, pro se.

Rick D. Collum, The Collum Law Firm, PC, Moultrie, GA, for Defendant–Appellant.

Before ED CARNES, Chief Judge, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Leo McTear, Jr., has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the defendant's conviction and sentence are **AFFIRMED.**